IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ED WILGUS and KAREN YERKES as co-administrators of the Estate of JEFFREY WILGUS, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:03CV302 |
| v. | ) ) | |
| ANTHONY T. ROSENTREADER, | ) ) | ORDER |
| Defendant. | ) ) | |

    This matter is before the Court on the joint motion for extension of time to file stipulation of dismissal (Filing No. 71). The Court finds said motion should be granted. Accordingly,

    IT IS ORDERED that the joint motion is granted; the parties shall have until August 22, 2005, to file their stipulation of dismissal.

    DATED this 24th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court