IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ED WILGUS and KAREN YERKES as  )
co-administrators of the       )
Estate of JEFFREY WILGUS,      )
Deceased,                      )
                               )
            Plaintiff,         )         8:03CV302
                               )
       v.                      )
                               )
ANTHONY T. ROSENTREADER,       )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the second joint motion for extension of time to file stipulation of dismissal (Filing No. 73). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the joint motion is granted; the parties shall have until November 14, 2005, to file their stipulation of dismissal.

DATED this 22nd day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court