IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ED WILGUS and KAREN YERKES as co-administrators of the Estate of JEFFREY WILGUS, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:03CV302 |
| v. | ) ) | |
| ANTHONY T. ROSENTREADER, | ) ) | ORDER |
| Defendant. | ) ) | |

      This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 75). Pursuant thereto,

      IT IS ORDERED that the stipulation is granted; this action is dismissed with prejudice.

      DATED this 14th day of November, 2005.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court